728

■ Eugene Smith et al., Respondents, v State of New York, Appellant. (Appeal No. 12.) (Claim No. 57841.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Robert Van Buren et al., Respondents, v State of New York, Appellant. (Appeal No. 13.) (Claim No. 57840.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Larry Lyons et al., Respondents, v State of New York, Appellant. (Appeal No. 14.) (Claim No. 57833.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Arthur Smith et al., Respondents, v State of New York, Appellant. (Appeal No. 15.) (Claim No. 57836.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Gary Walker, Respondent, v State of New York, Appellant. (Appeal No. 16.) (Claim No. 57839.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Walter Zymowski, Jr., et al., Respondents, v State of New York, Appellant. (Appeal No. 17.) (Claim No. 57835.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Donald Almeter et al., Respondents, v State of New York, Appellant. (Appeal No. 18.) (Claim No. 57828.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ Richard A. Fargo et al., Respondents, v State of New York, Appellant. (Appeal No. 19.) (Claim No. 57837.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.